LAW OFFICES OF
LAWRENCE KATZ
70 EAST SUNRISE HIGHWAY
SUITE 500
VALLEY STREAM, NEW YORK 11581

| TELEPHONE | lkatz@lawkatz.com | FAX |
|---|---|---|
| (516) 374-2118 | | (516) 544-8878 |

October 19, 2018

RE: Miss Jones LLC v. Shami *et al*., Docket No. 3017/2018(ENV)(CLP)

**<u>VIA ECF ONLY</u>**
Judge Eric N. Vitaliano
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Vitaliano:

     I represent defendants Rachel and Ezra Shami as well as defendant Rachel Weiss in this matter. In accordance with the Judge's order on the pre-motion letter, I am writing regarding the scheduling order for the proposed motion to dismiss. The Parties through their respective counsel have agreed to the following:

     Defendants shall have until November 16, 2018, to file their motion;

     Plaintiff to respond by December 14, 2018; and,

     Defendants reply if any to be filed by December 28, 2018.

                                              Sincerely,
                                              s/Lawrence Katz
                                              Lawrence Katz