UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
MISS JONES, LLC,                                                                                  18-cv-03017-ENV-CLP

                                    Plaintiff,

       -against-

RACHEL WEISS AND NEW YORK CITY PARKING
VIOLATIONS BUREAU,
                                 Defendant(s).
---------------------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISCONTINUANCE

      Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Miss Jones, LLC, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice and without further costs to any party.

Dated: Syosset, New York
         February 22, 2019

                                    **THE MARGOLIN & WEINREB**
                                    **LAW GROUP, LLP**

                               By: /s/Alan H. Weinreb, Esq._____
                                    Alan H. Weinreb, Esq.
                                    *Attorneys for Plaintiff*
                                    165 Eileen Way, Suite 101
                                    Syosset, NY 11791