UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MISS JONES, LLC,

                Plaintiff,

-against-

RACHEL WEISS AND NEW YORK CITY PARKING
VIOLATIONS BUREAU,

                Defendant(s).
-----------------------------------------------------------------X

18-cv-03017-ENV-CLP

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ FEB 25 2019
BROOKLYN OFFICE

## NOTICE OF VOLUNTARY DISCONTINUANCE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Miss Jones, LLC, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice and without further costs to any party.

Dated: Syosset, New York
       February 22, 2019

                              THE MARGOLIN & WEINREB
                              LAW GROUP, LLP

                              By: /s/Alan H. Weinreb, Esq.
                                   Alan H. Weinreb, Esq.
                                   *Attorneys for Plaintiff*
                                   165 Eileen Way, Suite 101
                                   Syosset, NY 11791

The Clerk is directed to close this case.

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 2/22/19

/s/ USDJ ERIC N. VITALIANO
Eric N. Vitaliano
United States District Judge

